Rel: May 17, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2024-0110

Silkee Dabney v. Tuscaloosa County (Appeal from Tuscaloosa Circuit Court: CV-22-59).

COOK, Justice

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Stewart, JJ., concur.